**Opinion issued August 5, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-13-00386-CV

————————————————

**NAKIA COOK, Appellant**

**V.**

**AURORA LOAN SERVICES, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), CODILIS & STAWIARSKI P.C., AS TRUSTEE, Appellees**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2010-72159**

---

## MEMORANDUM OPINION

Appellant, Nakia Cook, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did

not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale